Past and medical history, witness statements? rev 1/31/23

I Shane Burns #74943 am filing this Claim for and on account of personal injury caused by the negligent and wrongfull act of the NDCS employee's and of the Lincoln Correctional Center employee's while acting in the scope of his/or her office of employment. I have taken it upon myself to provide the best of my knowledge, and my witness's knowledge, for the claim and all available facts and circumstances for this complaint against the NDCS. I Shane Burns #74943 also have copies of all my current Psychiatric Diagnoses from which i suffer from on a daily basics. On September 4th, 2019 i Shane Burns #74943 spoke with Joan Rafferty my therapist that i was suicidal too before my accident. On September 6th, 2019 I had informed her that i was not doing well mentally. I said to her i was thinking about hurting myself and others. I spoke to her and other staff members on the MHU. that i was having thoughts of jumping off the top tier. The staff then told me to use my coping skills but do to my mindset and my Schizoaffective Disorder, Bipolar Type i was suffering from auditory comand hallucinations, and was not able to utilize my coping skills at the time. Then by mental health staff and NDCS staff not taking in account thereof to keep or prevent me from hurting myself i ended up jumping off of the top tier and having impact and injury to the body on September 6th, 2019 at 7:30 or 7:40 am

having caused bilateral ankle and feet fractures. Had the staff not been negligent at what was said to them by me and my witnesses on September 4th, 2019 i would not be in this situation. My therapist Joan Raferty witnessed me jumping from the top tier and well it was to late for her to do anything to help me. She should have along with other staff members taken a professional outlook on what was said to them, and should have followed policy & procedure for any and all inmates who suffer from severe mental health diagnosis. Who are currently in State custody and have no way of insuring their own safety at times of a mental health crisis. I have also after i jumped, had to have emergency surgery on my left ankle, and still have to get surgery on my right ankle, My left ankle now has Rod screws and permanent nerve damage to my left foot all the way up to my knee. I have to take pain meds everyday but that still don't take away my mental, physical, and emotional suffering that i go through on and through out everyday and night. Ha the NDCS and Mental Health staff not violated the Eighth Amendment law of the Constitution by being negligent, I would not have lost my way of lifestyle and i would be able to still do the things i enjoy doing. That's not the case here. I will no longer be able to have a job do to the fact that i am not able to stand on →

or walk normally for long & short periods of time, I am seeking lifetime compensation, for longterm damages that are permanent that i suffer from on a daily basis. There are times that i'am unable to get up out of my bed do to my injuries from Sept 6th, 2019. Please consider my request for lifetime compensation, for pain & suffering, physical, mental, emotional, & suffering & damages.

Sincerly

With Shane Benas

Dept #74943

Notice: This correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored.
Inmate Name # Shane Burns
Inmate # 74843
P.O. Box 900
Tecumseh, NE 68450-0900

OMAHA NE 680
13 JAN 2023 PM 1
FOREVER USA
Barn Swallow

Roman L. Hruska Federal Court House
111 S 18th PIZA
Suite 1152
Omaha, NE 68102

RECEIVED
JAN 17 2023
U.S. DISTRICT COURT

68102-132277